**Opinion issued July 30, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00532-CR

————————————

## IN RE JOSEPH A. BEACH, RELATOR

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, an indigent inmate, has filed a petition for writ of mandamus requesting that this Court order his court-appointed attorney to give him a copy of the record in his case so that he can provide it to the Texas Court of Criminal Appeals in connection with a petition for discretionary review that he has filed in that Court.[1]

---

[1] The underlying case, *Joseph Andrew Beach*, No. 01-22-00637-CR (Tex. App.—Houston [1st Dist.] April 4, 2024), was affirmed by this Court. No motion for rehearing was filed, and this Court no longer has jurisdiction over the underlying

There is no pending appeal in this Court, and this Court has no authority to issue writs of mandamus in criminal matters pertaining to proceedings under Article 11.07 of the Texas Court of Criminal Procedure. *In re McAfee*, 53, S.W.3d 715, 718 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding.)

Because Beach's conviction is final and no appeal is pending in this Court, and because we have no jurisdiction over any proceeding filed pursuant to Article 11.07, we dismiss Beach's petition for writ of mandamus for lack of jurisdiction.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Goodman and Kelly.

---

criminal case. *See* TEX. R. APP. P. 19.1 (a) ([providing that plenary power of this Court expires 60 days after judgment when no motion for rehearing is filed).